UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN BRANDON ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | No. 3:10-CV-00559 |
| ) | |
| CITY OF HARRIMAN ) | |
| ) | |
| *Defendant.* ) | |

### MEMORANDUM OPINION

Before the Court is the City of Harriman's motion for summary judgment. [R. 57]. Mr. Ryan Brandon has responded, indicating that "without waiving Plaintiff's opposition to and right to appeal the entry of summary judgment in favor of Defendant Jajuan Hamilton (Ct. Doc. 56), Plaintiff does not intend to oppose the entry of summary judgment in favor of the City as requested in the City's Motion for Summary Judgment." [R. 61].

Accordingly, the City of Harriman's motion for summary judgment [R. 57] is **GRANTED**, and Mr. Brandon's claims against the City of Harriman are **DISMISSED WITH PREJUDICE.** This matter is **DISMISSED** in its entirety.

_____
UNITED STATES DISTRICT JUDGE